FILED
CLERK, U.S. DISTRICT COURT
NOV 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Nicholas D. Vanantwerp

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NICHOLAS D. VANANTWERP,

Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant

Case No.: CV 12-02253 JEM

~~{PROPOSED}~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,700 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: 11/27/2012

THE HONORABLE JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE